UNITED STATES BANKRUPTCY COURT
UNITED STATES DISTRICT COURT
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | 0 | CHAPTER 11 |
| Joseph Allen Wilson, and<br>Karen Yvonne Wilson | 0 | CASE NO:03-43118 |
| DEBTOR(S) | 0 | JUDGE C. RAY MULLINS |
| Steve Urvan | 0 | |
| Plaintiff<br>VS | 0 | ADVERSARY PROCEEDING N0.<br>04-04001 |
| Joseph Allen Wilson | 0 | |
| Defendant | | |

## COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE OF DEBT

COMES NOW, Steve Urvan, Plaintiff and party in interest in the above captioned matter (hereinafter Urvan), and files this Complaint Objecting to Debtor's Discharge, pursuant to 11 U.S.C. §523 (a)(2)(4) and (6), respectfully showing the Court the following:

**1.**

The Defendant, Joseph Allen Wilson (Defendant), commenced a Chapter 7 proceeding on October 9, 2003, said case being 03-43118. This adversary proceeding is a core proceeding pursuant to 28 U.S.C. §1157 (b) (2) (J). This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C.§157 and §1334, and 11 U.S.C. § 523.

**2.**

As of the commencement of this case, the Defendant was and is indebted to Urvan in the unliquidated amount of approximately $50,000.00 pursuant to money had and received ancillary to the payment of a deposit, in said amount, paid for the construction of a house by Debtor for Urvan.

**3.**

Defendant did under false pretenses, with false representations, or fraudulently make certain material representations to Urvan upon which he reasonably relied which caused his damage in the amount of approximately $50,000.00.

**4.**

Defendant did willfully and maliciously cause injury to the property of Urvan causing him damage in the amount of approximately $50,000.00.

**5.**

Defendant, while acting in a fiduciary capacity, did fraudulently, or as a matter of defalcation, did embezzle or commit larceny, thereby causing damage to Urvan in the approximate amount of $50,000.00.

WHEREFORE, PLAINTIFF prays as follows:

(a) The Court grant judgment in favor of Urvan in the principal amount of $50,000.00, plus accrued interest to date of judgment, and deny discharge of said debt pursuant to 11 U.S.C. §523;

(b) The Court award reasonable costs and attorney's fees associated with this adversary proceeding to Urvan; and, that:

(c) Urvan have such other and further relief as this Court may deem just and necessary.

Respectfully submitted,

S/ _____

Jeff MacLeod, GBN 464350

Attorney for Plaintiff

PO Box 5183

Rome, GA 30162

TEL: (706) 234-5678

FAX: (706) 290 1035